# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

Fifth Cir. Case NO. __24-50128__

__LULAC__ vs. __ABBOTT__
(Short Title)

The Clerk will enter my appearance as Counsel for __League of United Latin American Citizens, Southwest Voter Registration Education Project, Mi Famila Vota, American GI Forum, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Texas Hispanic Organized for Political Education__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☑ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Nina Perales__   __nperales@maldef.org__
(Signature)   (e-mail address)

__Nina Perales__   __TX-24005046__
(Type or print name)   (State/Bar No.)

__Vice President of Litigation__
(Title, if any)

__Mexican American Legal Defense and Educational Fund, Inc. (MALDEF)__
(Firm or Organization)

Address __110 Broadway, Suite 300__

City & State __San Antonio, Texas__   Zip __78205__

Primary Tel. __210-224-5476__   Cell Phone: __210-845-5147__   (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Nina Perales__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__LULAC v. Guillen, No. 22-50407 (5th Cir.); LULAC v. Hunter No. 22-50648 (5th Cir.) arise from LULAC v. Abbott, No. 3:21-cv-00299 (consolidated)__

Name of Court or Agency __Western District of Texas__

Status of Appeal (if any) __Stayed__

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**   DKT-5A REVISED June 2023

**List of Additional Parties Represented:**  William C. Velasquez, FIEL Houston, Texas Association of Latino Administrators and Superintendents, Proyecto Azteca, Reform Immigration for Texas Alliance, Workers Defense Project, Emelda Menendez, Gilberto Menendez, Jose Olivares, Florinda Chavez, Joey Cardenas, Paulita Sanchez, Jo Ann Acevedo, David Lopez, Diana Martinez Alexander, and Jeandra Ortiz.