

**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta
Program Office**
500 West Lanier Ave.
Suite 908
Fayetteville, GA 30214
*Tel:* 470.878.0785

**Chicago
Regional Office**
100 North LaSalle St.
Suite 1900
Chicago, IL 60602
*Tel:* 312.427.0701
*Fax:* 312.588.0782

**Los Angeles
Regional Office**
634 S. Spring Street,
11th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento
Program Office**
1512 4th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio
Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C.
Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

April 30, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3409

RE: *LULAC, et al. v. Abbott, et. al.* (No. 24-50128)

Dear Mr. Cayce:

Pursuant to 5th Circuit Rule 31.4, Appellants League of United Latin American Citizens (LULAC), *et al.* request a Level 1 extension of 30 days to file their appellants' briefs in *LULAC v. Abbott*, No. 24-50128.

Appellants' brief is currently due May 13, 2024. With the requested extension, the brief for Appellants LULAC, *et al.* would be due June 12, 2024.

The requested extension is necessary because today the district court entered an opinion dissenting from the three-judge panel order that is the subject of this appeal. The dissent is 138 pages long and will require significant time to review. Due to the lengthy opinion, as well as the significance of the case and complexity of the issues, counsel for appellants require additional time to prepare their brief.

The other parties to this appeal have indicated that they do not oppose the requested extension.

Sincerely,

*/s/ Nina Perales*
Nina Perales
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the 5th Circuit by using the appellate CM/ECF system. Participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                        */s/ Nina Perales*
                                        Nina Perales