

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson  
Solicitor General

(512) 936-2834  
Aaron.Nielson@oag.texas.gov

November 26, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk  
U.S. Court of Appeals for the Fifth Circuit

**Re: No. 24-50128,** *League of United Latin American Citizens v. Abbott*

Dear Mr. Cayce:

In preparing the Appellees' brief in the above-referenced case, it has come to my attention that John Scott is still listed as a Defendant-Appellee in his official capacity as the Texas Secretary of State. Jane Nelson succeeded Secretary Scott to that position on January 5, 2023. Pursuant to Federal Rule of Appellate Procedure 43(c), Secretary Nelson, "is automatically substituted as a party" and subsequent proceedings "are to be in the name of the substituted party." State Defendants-Appellees respectfully request that the caption be updated to reflect this substitution.

Respectfully submitted.

/s/ Lanora C. Pettit

Lanora C. Pettit  
Principal Deputy Solicitor General

cc: all counsel of record (via e-mail)